UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>    Angela E Allen<br><br>    Debtor(s) | Case No. 12 B 10943 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/20/2012.

2) The plan was confirmed on 08/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Completed on 02/20/2018.

6) Number of months from filing to last payment: 71.

7) Number of months case was pending: 75.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $48,826.66.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $64,175.19 |
| Less amount refunded to debtor | $2,549.16 |

**NET RECEIPTS:** $61,626.03

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,427.66 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,927.66

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| American Collection Corp | Unsecured | 787.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| Americollect Inc | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris PC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 1,370.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 708.00 | NA | NA | 0.00 | 0.00 |
| Carlton Management Company | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Cash America | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Cashcity Loans/Citicash | Unsecured | 4,657.00 | 6,766.51 | 6,766.51 | 4,736.56 | 0.00 |
| CB USA | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Cda/Pontiac | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |
| Charter One Bank | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |
| Citibank NA | Unsecured | 2,262.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 9,700.00 | 8,784.00 | 8,784.00 | 6,148.80 | 0.00 |
| Commonwealth Edison Company | Unsecured | 1,422.00 | 1,602.72 | 1,602.72 | 0.00 | 0.00 |
| Credit Management Control | Unsecured | 333.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Association | Unsecured | 1,252.00 | NA | NA | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 299.00 | NA | NA | 0.00 | 0.00 |
| DirecTV | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| Emergency Care Physician | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| Gregory Emergency Physicians | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| H & F Law | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| Helvey & Associates Inc | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| Helvey & Associates Inc | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 131.00 | 131.00 | 131.00 | 0.00 |
| Ingalls Midwest Emergency | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 4,858.00 | 15,899.66 | 15,899.66 | 15,899.66 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Unsecured | 6,800.00 | 4,628.40 | 4,628.40 | 3,239.88 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 1,472.97 | 1,472.97 | 1,031.08 | 0.00 |
| Jefferson Capital Systems LLC | Secured | 10,177.00 | 10,168.82 | 10,168.82 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 10,168.82 | 10,168.82 | 7,118.17 | 0.00 |
| Jerome Citron | Unsecured | 6,483.00 | 6,483.00 | 6,483.00 | 4,538.10 | 0.00 |
| Lincoln Acceptance | Unsecured | 3,201.00 | NA | NA | 0.00 | 0.00 |
| Loan Express Company | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| Medical Specialists PC | Unsecured | 215.00 | NA | NA | 0.00 | 0.00 |
| Melanie Fitness Center | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| Mid South Credit Bureaus | Unsecured | 2,876.00 | NA | NA | 0.00 | 0.00 |
| Money Company | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | NA | 863.99 | 863.99 | 604.79 | 0.00 |
| Pathology Consultants Inc | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| PLS Financial Services Inc | Unsecured | 450.00 | 647.00 | 647.00 | 452.90 | 0.00 |
| Quantum3 Group | Unsecured | 353.00 | 439.29 | 439.29 | 307.50 | 0.00 |
| Quantum3 Group | Unsecured | NA | 298.00 | 298.00 | 208.60 | 0.00 |
| Quantum3 Group | Unsecured | NA | 488.91 | 488.91 | 342.24 | 0.00 |
| Quantum3 Group | Unsecured | NA | 635.00 | 635.00 | 444.50 | 0.00 |
| Quantum3 Group | Unsecured | NA | 2,875.86 | 2,875.86 | 2,013.10 | 0.00 |
| Real Time Resolutions Inc | Unsecured | 700.00 | 872.00 | 872.00 | 610.40 | 0.00 |
| Receivables Management Inc | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| Regional Acceptance Corp | Unsecured | NA | 9,054.42 | 9,054.42 | 6,338.09 | 0.00 |
| Sheryl Allen | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 2,090.00 | 2,190.00 | 2,190.00 | 1,533.00 | 0.00 |
| Stellar Recovery | Unsecured | 1,253.00 | NA | NA | 0.00 | 0.00 |
| Van Ru Credit Corporation | Unsecured | 1,020.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,168.82 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,168.82** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,030.66 | $16,030.66 | $0.00 |
| **TOTAL PRIORITY:** | **$16,030.66** | **$16,030.66** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$58,520.89** | **$39,667.71** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,927.66 |
| Disbursements to Creditors | $55,698.37 |
| **TOTAL DISBURSEMENTS** : | **$61,626.03** |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/11/2018                                                By:/s/ Marilyn O. Marshall
                                                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**